IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCIS W. HURST,<br><br>        Plaintiff,<br><br>vs.<br><br>DAN SCARBOROUGH, Individually;<br><br>        Defendant. | **4:12CV3250**<br><br>**ORDER ON MOTION TO CONTINUE** |

IT IS ORDERED that the Motion to Continue, ECF No. 10, is granted and the plaintiff's brief on the defendant's Motion to Dismiss shall be filed and served on or before April 11, 2013.

Dated March 4, 2013.

BY THE COURT:

*Warren K. Urbom*
Warren K. Urbom
United States Senior District Court